**No. 10-10766. Ervin Allen Duckett, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3081, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4849.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 185.

**No. 10-10769. Anthony D. McCutchen, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3082, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4828.

June 27, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 10 A.3d 1158.

**No. 10-10771. Alejandro Yliz Aguirre, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3081, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4832.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 678.

**No. 10-10772. Giovanni Delaware Blood, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3081, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4958.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10773. Jose Luis Aguilar-Arraiza, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3081, 180 L. Ed. 2d 902, 2011 U.S. LEXIS 4945.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 415 Fed. Appx. 182.